FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:26-CR-00038-RLP |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| JASMIT MINHAS, M.D., | |
| Defendant. | |

Before the Court is Defendant Jasmit Minhas, M.D.'s Motion to Modify Conditions of Release. ECF No. 20. Dr. Minhas represents that his lease in the Southern District of New York is ending, and he wishes to relocate to the District of Arizona. He asks the Court to modify his conditions of release to explicitly permit his residence in the District of Arizona. The Government does not object to this motion. Therefore, for good cause shown, the motion is granted.

**Accordingly, IT IS ORDERED:**

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE * 1

1. The Defendant Jasmit Minhas, M.D.'s Motion to Modify Conditions of Release, **ECF No. 20**, is **GRANTED**.

2. Condition No. 8 of Mr. Minhas's General Conditions of Release, ECF No. 13, is **MODIFIED** as follows:

> Defendant may travel and relocate to the District of Arizona. Defendant shall remain in the Eastern District of Washington and the District of Arizona while the case is pending. Defendant may be permitted to travel outside this geographical area with advance notice and approval from U.S. Probation.

3. All other conditions of release shall remain in effect.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel and U.S. Probation.

DATED May 14, 2026.

_____
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE * 2